**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01577-BNB

CRAIG S. ROBLEDO,

    Plaintiff,

v.

JEWEL WEST,
TRAVIS TRANI,
DENNIS BURBANK,
ANDREA NICHOLS,
JOE KELEMAN,
ANGELA TIDEMANN,
DANIEL BARBERO,
CHRIS BARR,
DANIEL DENT,
DANIEL LAKE,
ANTHONY DeCESARO,
MARSHALL GRIFFITH, and
LESLIE PAYNE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Extension of Time to File" (ECF No. 10) filed July 22, 2013, is GRANTED as follows: Plaintiff shall have up to and including **August 23, 2013**, to file an amended complaint as directed.  Plaintiff's Motion for Reconsideration of Order (ECF No. 11) is DENIED as moot.

Dated:  July 23, 2013