**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01577-BNB

CRAIG S. ROBLEDO,

    Plaintiff,

v.

JEWEL WEST,
TRAVIS TRANI,
DENNIS BURBANK,
ANDREA NICHOLS,
JOE KELEMAN,
ANGELA TIDEMANN,
DANIEL BARBERO,
CHRIS BARR,
DANIEL DENT,
DANIEL LAKE,
ANTHONY DeCESARO,
MARSHALL GRIFFITH, and
LESLIE PAYNE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the court on Plaintiff's "Request for Emergency Relief" (ECF No. 17) and the document titled "Plaintiffs Advisory and Request" (ECF No. 18), which have been docketed as motions and filed in four separate civil actions because Plaintiff lists four separate case numbers in the captions.  Plaintiff's "Request for Emergency Relief" and the document titled "Plaintiffs Advisory and Request" raise various issues regarding three habeas corpus actions, including one that is closed, as well as a civil rights action but the issues raised are not relevant to each action. Therefore, the motions are DENIED without prejudice to the filing of a proper motion in each action that states with particularity the grounds for seeking a court order and the relief sought in that particular action.  *See* Fed. R. Civ. P. 7(b).

Dated:   September 13, 2013