**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01577-BNB

CRAIG S. ROBLEDO,

    Plaintiff,

v.

JEWEL WEST,
TRAVIS TRANI,
DENNIS BURBANK,
ANDREA NICHOLS,
JOE KELEMAN,
ANGELA TIDEMANN,
DANIEL BARBERO,
CHRIS BARR,
DANIEL DENT,
DANIEL LAKE,
ANTHONY DeCESARO,
MARSHALL GRIFFITH, and
LESLIE PAYNE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the court on Plaintiff's "Subpoena Request" (ECF No. 20) in which Plaintiff seeks a court order directing Defendants to provide Plaintiff with copes of all step 2 and step 3 grievances he filed between March 2011 and October 2012.  The "Subpoena Request" (ECF No. 20) is DENIED.

Dated:  September 19, 2013